IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KENNETH D. STUART**                                                                                         **PLAINTIFF**

v.                                                  **3:08CV00186-WRW**

**STANDARD FIRE INSURANCE CO., INSURANCE**
**NETWORK, INC., BANCORPSOUTH INSURANCE**
**SERVICES, INC., and DAVID DAVIDSON**                                            **DEFENDANTS**

### ORDER

Pending is Separate Defendant Insurance Network's Motion to Dismiss (Doc. No. 11). Plaintiff has responded.[1]

Insurance Network seeks dismissal from the case because it "is not a viable, ongoing business entity which has any current employees, assets or liability insurance and was not at the time of any of the issues involved in this litigation."[2] However, as Plaintiff points out, Insurance Network fails to provide the Court with "sufficient evidence of its merger and consequent dissolution or assumption of assets and liabilities . . . ."[3] I agree with Plaintiff. Accordingly, Insurance Network's Motion to Dismiss is DENIED without prejudice.

IT IS SO ORDERED this 7th day of April, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 17.

[2]Doc. No. 11.

[3]Doc. No. 17.