**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KENNETH D. STUART**                                                                 **PLAINTIFFS**

**v.**                                    **3:08-CV-00186-WRW**

**STANDARD FIRE INSURANCE CO., INSURANCE**
**NETWORK, INC., BANCORPSOUTH INSURANCE**
**SERVICES, INC., and DAVID DAVIDSON**                          **DEFENDANTS**

<u>**ORDER**</u>

Pending is Separate Defendant Insurance Network's Motion to Dismiss (Doc. No. 20).

Plaintiff has not responded.[1]

Insurance Network seeks dismissal of Plaintiff's claims for punitive damages.[2] At this

juncture, Insurance Network's motion is DENIED without prejudice.

IT IS SO ORDERED this 27th day of April, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]Defendant Insurance Network filed its Motion to Dismiss in conjunction with its Answer. A response from Plaintiff to the motion to dismiss is unnecessary.

[2]Doc. No. 20.