IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KENNETH D. STUART**                                                 **PLAINTIFF**

v.                        **3:08CV00186-WRW**

**STANDARD FIRE INSURANCE COMPANY,** *et al.*             **DEFENDANTS**

## ORDER

Pending is the parties' Joint Stipulated Motion to Dismiss with Prejudice Pursuant to Settlement (Doc. No. 30) in which the parties state that the parties agreed to settle their claims and ask the Court to dismiss this case with prejudice with each side paying its own costs. Accordingly, this case is DISMISSED with prejudice. Each side will pay its own costs.

IT IS SO ORDERED this 23rd day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE